AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

:Ernest-Francis: Flores.

V.

Stephen P. Warner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: H-06-3447

TO: (Name and address of Defendant)

Stephen P. Warner
~P.O. Box 24015
~Fresno, ~Cal. ~93779-4015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

(By) DEPUTY CLERK

NOV - 1 2006

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | ~01~November~2006 |
| NAME OF SERVER (PRINT) :Gene-Allen: Flores. | TITLE |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 01 2006

Michael N. Milby, Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail RRR # 7001 0360 0000 9914 4439

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ~01~November~2006      :Gene-Allen: Flores.
              Date                   Signature of Server

Address of Server: c/o: 10047 Westpark Drive #19
Houston, Texas [77042]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



:TITLE~4~U.S.C.S.~1,~2.

$1.00~STAMP
:AUTOGRAPHS:
:COPYCLAIM/COPYRIGHT:

:GREEN-LIGHT:

:RED-LIGHT:

IN THE *UNITED STATES DISTRICT COURT*
OF THE *SOUTHERN-DISTRICT OF TEXAS, HOUSTON-DIVISION*
FOR THIS QUO-WARRENTO-COMPLAINT-VESSEL OF THIS UNITY-STATES-CORPORATION-VESSEL-COURT IS WITH THIS CLAIM-DATE~20~OCTOBER~2006 BY THIS TEXAS-TERRITORY.

## : SUMMONS :

:CORPORATION-CASE-NUMBER~RB~803~677~720~US
:DISTRICT COURT CASE NUMBER~ H-06-3447

:**Ernest-Francis: Flores**
~935 ELDRIDGE ROAD #157, SUGAR LAND~TEXAS~77478
:PLENIPOTENTIARY-WITNESSING-JUDGE: David-Wynn: Miller.
~5166~NORTH~63RD~STREET,~CITY:~MILWAUKEE,~WISCONSIN-TERRITORY~53218.
:WITNESSES, CLAIMANTS AND POSTMASTERS.
:**CLAIMANT**:

:VERSUS:

UNITED STATES DEPARTMENT OF JUSTICE [:CASE~4:06-cv-2994]
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE
[WASHINGTON, IN THE DISTRICT OF COLUMBIA]
**LeRoy Nassif** [I.D.#76-43725] [~1919 SMITH ST., ~STOP 5021 HOU,~HOUSTON,~TEXAS~77002]
**Felix J. Carrillo, Jr.**, [~1919 SMITH ST.,~STOP 5021 HOU,~HOUSTON,~TEXAS~77002]
**Chinchie C. Killfoil**, [~8701 S. Gessner,~Suite 750,~STOP 8000 HAL,~Houston,~TEXAS~77074]
**Liana A. White**, [~8701 S. Gessner,~Suite 750,~STOP 8000 HAL,~Houston,~TEXAS~77074]
**Wanda W. Brown**, [~Mail Stop 5023 AUS, ~300 E. 8TH Street,~Austin,~TEXAS 78701
**Susan Meredith**, [~P.O. Box 24017, ~Fresno,~CAL~93779-4017
**Ms. Puente**, [~Mail Stop 4451,~Ogden,~UTAH~84201]
**Dennis L. Parizek**, [~Ogden,~UTAH~84201]
**Thomas B. Mathews**, [~Ogden,~UTAH~84201]
**Scott B. Prentky**, [~Ogden,~UTAH~84201]
**Barbara J. Strudel**, [~Austin,~TEXAS~73301]
**Nancy A. Session**, [~Ogden,~UTAH~84201]
**Stephen P. Warner**, [~P.O. Box 24015,~Fresno,~CAL~93779-4015]
**Erlinda Martinez**, [~P.O. Box 24015,~Fresno,~CAL~93779-4015]
**Grace A. Sutton**, [TIGTA, ~1500 Pennsylvania Ave NW,~Washington,~D.C.~20220]
**ROSALINDA SALINAS** [DEPUTY DISTRICT CLERK ~401 Jackson Street,~RICHMOND,~TEXAS~77469]]
**GLORY HOPKINS** [DISTRICT CLERK FORT BEND COUNTY ~401 Jackson Street,~RICHMOND,~TEXAS~77469]
**PATTYE L HAYWOOD** [IRS-LIEN SECTION MC5035DAL, ~1100 COMMERCE STREET,~DALLAS, TEXAS~75242]
**SUSAN A HANSEN** [IRS LIEN SECTION MC5035DAL, ~1100 COMMERCE STREET,~DALLAS,~TEXAS~75242]
**Moha Pradhan Yepuri** [TX BAR NO. 24046651. TRIAL ATTORNEY, TAX DIVISION, DEPARTMENT OF JUSTICE.~717 N. HARWOOD STREET, SUITE 400~DALLAS,~TEXAS~75201]

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

FRESNO CA 93779

| | | |
|---|---|---|
| Postage | $ | $1.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.84 |

0064
05
Postmark Here
11/01/2006

Sent To: Stephen P. Warner
Street, Apt. No.; or PO Box No.: P.O. Box 24015
City, State, ZIP+4: Fresno, ~CAL~ 93729-4015

PS Form 3800, January 2001    See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>RECEIVED | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Stephen P. Warner<br>~P.O. Box 24015<br>~Fresno, ~Cal ~93779-4015 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV 0 4 2006<br><br>INTERNAL REVENUE SERVICE<br>FRESNO, CA | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 0360 0000 9914 4439<br>7001 0360 0000 9914 4439 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540