IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCIS ERNEST FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-3447 |
| | § | |
| DEPARTMENT OF THE TREASURY, | § | |
| INTERNAL REVENUE SERVICE, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 19, 2007, this court dismissed Francis Ernest Flores's complaint and ordered him to amend no later than February 9, 2007. This court instructed Flores that a failure to amend within the time allowed could lead to dismissal with prejudice. No amendment has been filed. Flores has not filed an explanation for his failure to comply with the court order or sought relief from that order. This case is dismissed, with prejudice.

SIGNED on February 13, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge